UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERYL A. SPANO LONIS,<br><br>      Plaintiff,<br><br>v.<br><br>NEW ENGLAND HEALTH CARE EMPLOYEES UNION, DISTRICT 1199, SEIU, *et al.*,<br><br>      Defendants. | **Case No. 3:18-cv-01778-VAB**<br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

TO THE HONORABLE COURT:

AND NOW, this 30th day of January, 2019, Plaintiff Cheryl A. Spano Lonis files this Notice of Voluntary Dismissal of Action Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and in support thereof respectfully states as follows:

    1.    Plaintiff filed this action on October 27, 2018, alleging claims and seeking relief against Defendants New England Health Care Employees Union, District 1199, SEIU; Dannel Malloy, in his official capacity as Governor of the State of Connecticut; Scott Semple, in his official capacity as Commissioner of the Connecticut Department of Correction; State Representative Joseph Aresimowicz, in his official capacity as Speaker of the Connecticut House of Representatives; State Senator Martin Looney, in his official capacity as President Pro Tempore of the

Connecticut Senate; Benjamin Barnes, in his official capacity as Secretary of the Office of Policy and Management; Sandra Fae Brown-Brewton, in her official capacity as Negotiator for the Office of Labor Relations; and Kevin Lembo, in his official capacity as Comptroller for the State of Connecticut.

2. Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action against a defendant without a court order by filing a notice of dismissal before the opposing parties have served either an answer or a motion for summary judgment. No defendant hereto has served either an answer or a motion for summary judgment in this matter.

3. Therefore, given that Plaintiff and Defendants have reached a settlement of this action and executed a settlement agreement between the Parties memorializing such, Plaintiff dismisses this action with prejudice in its entirety by the filing of this Notice of Voluntary Dismissal of Action.

4. Accordingly, this Notice constitutes, without further order of this Court, the dismissal of the above-captioned action with prejudice.

                              Respectfully submitted,

Dated: January 30, 2019       */s/ Craig C. Fishbein, Esq.*
                               Craig C. Fishbein, Esq.
                               Conn. Atty. Bar No. 420267
                               FISHBEIN LAW FIRM, LLC
                               100 South Main Street
                               P.O. Box 363
                               Wallingford, Connecticut 06492
                               Telephone: 203.265.2895

Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

Nathan J. McGrath (*admitted pro hac vice*)
Conn. Fed. Bar No. phv09816
David R. Osborne
Conn. Atty. Bar No. 440221
Danielle R.A. Susanj (*admitted pro hac vice*)
Conn. Fed. Bar No.: phv09819
THE FAIRNESS CENTER
500 North Third Street, Floor 2
Harrisburg, Pennsylvania 17101
Telephone: 844.293.1001
Facsimile: 717.307.3424
E-mail: njmcgrath@fairnesscenter.org
          drosborne@fairnesscenter.org
          drasusanj@fairnesscenter.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 30, 2019, a copy of the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system.

Dated: January 30, 2019        /s/ *Craig C. Fishbein, Esq.*
Craig C. Fishbein, Esq.
Conn. Atty. Bar No. 420267
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

*Attorney for Plaintiff*